In the Matter of CECIL W. GOODE, an attorney-at-law.

November 6, 1967. Suspension lifted and respondent restored to the practice of law.

In the Matter of ABRAHAM FELTMAN, an attorney-at-law.

January 4, 1968. Respondent reprimanded, opinion reported at 51 *N. J.* 27.

In the Matter of ALPHONSE M. CANTABENE, an attorney-at-law.

April 1, 1968. Suspension of respondent continued until further order. Opinion reported at 51 *N. J.* 381.